UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY ST. CLAIR, <br><br> Plaintiff, <br><br> v. <br><br> X.AI HOLDINGS CORP., <br><br> Defendant. | Case 1:26-cv-00386 <br><br> **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the affirmation of CARRIE GOLDBERG, ESQ, affirmed on January 14, 2026, the exhibits attached thereto, the Affirmation of Plaintiff ASHLEY ST. CLAIR, affirmed on January 14, 2026, and the annexed Memorandum of Law, and Complaint, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____, at ___ o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from

(1) harassment of Ashley St. Clair via Grok and using its technology to generate "nonconsensual intimate visual depictions" and "digital forgeries", as defined by Section 223 of the Communications Act of 1934 (47 U.S.C. § 223) ("Section 223"), depicting Ashley St. Clair;

(2) "the intentional disclosure of nonconsensual intimate images" as defined by Section 223 generated by Grok depicting Ashley St. Clair;

(3) retaliating against Ashley St. Clair; and

(4) Whatever other and further relief this court deems just and appropriate; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from the above; and it is further

ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____, _____ at _____ o'clock in the _____ noon of that day and it is further

ORDERED that electronic service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the _____ noon, _____, \_\_\_\_\_, shall be deemed good and sufficient service thereof.

DATED:

New York, New York

ISSUED: _____

_____
United States District Judge