UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ASHLEY ST. CLAIR,

                    Plaintiff,                Case 1:26-cv-00386

    v.                                        **ATTORNEY AFFIRMATION OF CARRIE GOLDBERG, ESQ. IN SUPPORT OF ORDER TO SHOW CAUSE SEEKING INJUNCTIVE RELIEF AND EMERGENCY RESTRAINING ORDER**

X.AI HOLDINGS CORP.,

                    Defendant.

-----------------------------------------------------------------X

CARRIE GOLDBERG, ESQ., an attorney duly admitted to practice law before the courts of the State of New York, hereby affirms under penalty of perjury the following is true:

1. I am an attorney at C.A. Goldberg, PLLC, counsel for Plaintiff and movant, Ashley St. Clair, and as such am familiar with the facts and circumstances stated herein.

2. I submit this Affirmation in support of an Order to Show Cause seeking injunctive relief compelling X.AI HOLDINGS CORP. ("xAI") to (1) immediately cease harassment of Ashley St. Clair via Grok and cease using its technology to generate "nonconsensual intimate visual depictions" and "digital forgeries", as defined by Section 223 of the Communications Act of 1934 (47 U.S.C. § 223) ("Section 223"), depicting Ms. St. Clair; (2) immediately cease from "the intentional disclosure of nonconsensual intimate images" as defined by Section 223 generated by Grok depicting Ms. St. Clair; and (3) prohibiting X.AI HOLDINGS CORP. from retaliating against Ashley St. Clair.

3. The instant relief has not previously been sought.

4. On January 14, 2026 at 10:58AM, I notified Defendant that on January 15, 2026 at 1:30pm Plaintiff was filing for an *ex parte* Temporary Restraining Order pursuant to CPLR § 6301. The notice was sent to Defendant's published email address for its legal department: legal@x.ai. ***See* Exhibit A.**

5. Attorney Michael Shuster of Holwell Shuster & Goldberg LLP responded on January 14, 2026 at 1:56PM identifying himself as representing xAI in connection with the TRO application and requesting a copy of the papers for which relief is requested by the days end. ***See* Exhibit B.** I learned from my client that Mr. Shuster had already been trying to interject himself into other private matters of hers, threatening sanctions if she did not yield to his demands. On January 14, 2026 at approximately 9:30 PM I provided Mr. Shuster via email the proposed OSC, this affirmation, Ms. St. Clair's affirmation, the memorandum of law, and Exhibit A and B.

6. As described in the annexed Order to Show Cause, Defendant is a tech behemoth that owns the social media platform, X (formerly known as Twitter).

7. In 2023, Defendant launched an AI tool, Grok, for select users. As of the present day, Grok is available on all users on X and through standalone web and iOS apps.

8. In March 2025, xAI added an image editing feature to Grok. During the summer of 2025, Defendant launched "spicy mode" Grok which affirmatively removed safety mechanisms on Grok.

9. With the removal of these safety features, Grok could create sexually explicit digitally altered images that appeared genuine ("deepfakes").

2

10. Starting on or about January 4, 2026, Plaintiff Ashley St. Clair became the subject of an unknown quantity of deepfakes generated by Grok. Plaintiff Aff. ¶ 5.

11. Ms. St. Clair, the mother of two, who has a 16 month old child in common with the owner of xAI, Elon Musk, was the target of many of Mr. Musk's fans who are aware of the contentious relationship between the two. Plaintiff Aff. ¶2.

12. The images Grok created were sexually abusive, intimate, and degrading of Ms. St. Clair. Plaintiff Aff. ¶¶9, 15.

13. Grok transformed images of Ms. St. Clair, including one when she was a 14 year old child, and removed her clothes, putting her in barely there bikinis, in sex positions, and made her look like she was dripping with semen. Plaintiff Aff. ¶10. In one example, it generated images of her naked and bent over with a thin piece of dental floss over her anus. Plaintiff Aff. ¶13. Grok then further altered these images by making her morbidly obese and adding offensive phrases digitally tattooed onto Ms. St. Clair's virtually nude body, such as "I suck cock for this much money" and "Elon's whore." Plaintiff Aff. ¶13.

14. In addition to these images being created by Grok, they were also published widely on X. Plaintiff Aff. ¶¶9, 10, 13.

15. When Ms. St. Clair asked Grok to stop, it promised to do so. But instead, it escalated the manufacturing of these violently humiliating images and put warnings on her requests for help. Plaintiff Aff. ¶¶8, 9.

16. xAI then retaliated against Ms. St. Clair by removing her Premium subscription and demonetizing her account. Plaintiff Aff. ¶12.

17. Ms. St. Clair continues to suffer serious pain and mental distress as a result of xAI's facilitation of this unfathomable nightmare. Plaintiff Aff. ¶¶9,15. She is presently suffering

from an avalanche of online harassment and threats as a result of xAI's technology. Plaintiff Aff. ¶¶9,15.

18. Ms. St. Clair is in need of emergency relief because xAI has shown no mercy toward her. Plaintiff Aff. ¶16. It's claims to stop generating images of her have been false. She needs court intervention. Plaintiff Aff. ¶16.

19. As argued in the Memorandum of Law, Plaintiff has established 1) a likelihood of success on the merits, 2) irreparable harm if the relief is denied, and 3) a balance of the equities that favors granting relief.

WHEREFORE, I request that this court sign the order to show cause, issue a temporary restraining order until a hearing can be had, and for whatever other and further relief the court deems just and appropriate.

Date: January 15, 2026  
New York, New York

Carrie Goldberg, Esq.  
C.A. Goldberg, PLLC  
16 Court Street  
Brooklyn, NY 11241  
(646)666.8908  
carrie@cagoldberglaw.com  
*Attorney for Plaintiff Ashley St. Clair*

4