# EXHIBIT A

**From:** **Carrie Goldberg** carrie@cagoldberglaw.com
**Subject:** Temporary Restraining Order St. Clair v X.AI Jan 15 2026 1:30 pm 60 Centre Street room 315
**Date:** January 14, 2026 at 10:58 AM
**To:** legal@x.ai
**Cc:** Laura Hecht-Felella  laura@cagoldberglaw.com,  Naomi Leeds  naomi@cagoldberglaw.com



To xAI Legal Department:

You are hereby notified that on January 15, 2026, attorneys for Ashley St. Clair will be filing an ex parte application for a Temporary Restraining Order pursuant to CPLR 6301 against xAI at 60 Centre Street Room 315, New York Supreme Court, New York County at 1:30pm EST.  The relief sought will be to restrain xAI from creating digitally altered nude and sex images and child pornography depicting the applicant and from retaliating against the applicant.

Carrie Goldberg
C.A. Goldberg, PLLC

16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com



**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information.  If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*