# EXHIBIT B

| | | |
|---|---|---|
| **From:** | Michael Shuster mshuster@hsgllp.com | |
| **Subject:** | X.AI | |
| **Date:** | January 14, 2026 at 1:56 PM | |
| **To:** | Carrie Goldberg carrie@cagoldberglaw.com, Naomi Leeds naomi@cagoldberglaw.com, laura@cagoldberglaw.co, Marc Jorge mjorge@hsgllp.com | |
| **Cc:** | Daniel M. Sullivan dsullivan@hsgllp.com, Gregory J. Dubinsky gdubinsky@hsgllp.com | |

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender mshuster@hsgllp.com**

Ms. Goldberg:

We represent x.AI in connection with your client's TRO application. Please provide your TRO papers to us as soon as possible and at all events before close of business today.

Mike Shuster

Michael Shuster

HOLWELL SHUSTER & GOLDBERG LLP

Office: (646) 837-5153 | Mobile: (914) 715-6623 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.