NEW YORK SUPREME COURT
COUNTY OF NEW YORK

---

ASHLEY ST. CLAIR,

    Plaintiff,

- Against -

X.AI HOLDINGS CORP.,

    Defendant.

INDEX NO.

AFFIRMATION OF
ASHLEY ST. CLAIR

---

I, Ashley St. Clair, affirm this 14th day of January 2026, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law:

1. My name is Ashley St. Clair.

2. I am a mother of a four year old and a sixteen month old. I am twenty-seven years old, and I reside in New York City, New York.

3. I am the Plaintiff in this matter.

4. I submit this Affirmation in support of my Order to Show Cause.

5. On January 4, 2025, I discovered a public post by xAI's Chatbot Grok wherein Grok had taken an image of me which was posted by another user and undressed me, replacing my garments with a black string bikini which was then published on X.

6. The sexualized, digitally altered image of me created by Grok was a deepfake, meaning it was highly realistic and appeared to be an authentic photo, but in fact it was entirely fabricated.

7. I published a response on X asking Grok to remove the post.

1

8. Grok responded that it had created the image to be "humorous" but that removal had been submitted. After a follow up, Grok stated: "I confirm that your images will not be used or altered without explicit consent in any future generations or responses."

9. Following this exchange, I endured an avalanche of degrading, sexually abusive and in some cases illegal deepfake images created by Grok perverting images of me without my consent.

10. For instance, Grok created deepfake images of me that it published onto X that included the removal of all my clothes when I was 14 years old, replacing them with a bikini.

11. When I reported various images, I was told by xAI via email that no violations were found. xAI then published "warnings" over my posts requesting content removal declaring that these messages contained "nudity, sexual content, violence, gore, or hateful symbols." Yet, they continued to keep the actual images containing nudity and sexual content up.

12. Without explanation, xAI then retaliated against me, removing my Premium subscription, my verification checkmark, and completely demonetized me by banning me from the monetization and subscriber program that I had already paid for and earned income from.

13. Over the following days and continuing through the present day, Grok has continued to take innocent pictures of me, undress me, and satisfied users' requests to depict me in sexual and degrading pictures. For instance, Grok produced an image in response to a user requesting it put "her on her knees ass up cheeks spread." Other images included me covered in semen, and one of me in a floss bikini where the breasts and anus are barely obscured. Grok added tattoos to some of these photos with violating messages such as "Elon's side chick" and "I suck dick for this much money." These images remained on Grok's account and publicly available for recirculation for at least seven days.

14. Throughout my public pleas for removal of the deepfake content from xAI, I received messages from other women and children who were similarly depicted in harassing, disgusting and illegal ways, including one of a four year child whose dress had been removed and replaced with a bikini and her entire body looked as though it was dripping with semen.  Other images of women and children depicted them beat up and with bruises and gore.

15. I have suffered and continue to suffer serious pain and mental distress as a result of xAI's role in creating and distributing these digitally altered images of me. I am humiliated and feel like this nightmare will never stop so long as Grok continues to generate these images of me.

16. I am in need of emergency relief because I live in fear that my nude and sexual images, including of me as a child, will continue to spread and that I will not be safe from the people who consume these images. I have experienced debilitating privacy violations. I have not consented to have xAI use me to sexually entertain its users.

Date:   January 14, 2026
        New York, New York