Case 1:26-cv-00386-ALC    Document 15    Filed 01/16/26    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/16/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
**ASHLEY ST. CLAIR,** :
:
                  **Petitioner,** :
:
         -against- :      **1:26-cv-00386-ALC**
:
**X.AI HOLDINGS CORP.,** :      **ORDER**
:
                  **Respondents.** :
:
:
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    On January 15, 2026, Plaintiff Ashley St. Clair filed an emergency motion for the issuance of a Temporary Restraining Order ("TRO") against Defendant X.AI Holdings Corp. ECF NO. 7. Plaintiff's request for a TRO is hereby **DENIED**. The Court hereby **ORDERS** that Defendant show cause as to why Plaintiff's requested preliminary injunctive relief should not be granted. Defendant is ordered to respond to the order to show cause by **January 21, 2026**. Plaintiff shall submit any reply by **January 23, 2026**. Further, the Court **ORDERS** a telephone status conference regarding the order to show cause in this action on **January 26, 2026 at 3:30PM.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: January 16, 2026**
       New York, New York                         **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**