```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/27/26
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
    **ASHLEY ST. CLAIR,**

                             **Petitioner,**

                -against-                          **1:26-cv-00386-ALC**

    **X.AI HOLDINGS CORP.,**                      **ORDER**

                           **Respondents.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       As discussed in today's telephonic conference, Defendants are ordered to provide the Court with any records pertaining to Plaintiff signing up for both X and X.AI and manifesting assent to their terms of service. Such records should be provided by **January 30, 2026.** Defendants should redact any sensitive, personal or identifying information. Further, Defendants are ordered to file a supplemental brief regarding these records and the issue of the forum selection clause by **February 3, 2026.** Plaintiff is directed to submit any response by **February 5, 2026.** Further, the Court orders another telephonic conference on **February 9, 2026 at 3:00PM.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: January 27, 2026**
      New York, New York                              **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**