646.666.8908 | 16 COURT STREET, 33RD FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

February 5, 2026

Hon. Andrew L. Carter Jr.
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

<u>Sent via ECF</u>

*RE: St. Clair v X.AI Holdings Corp, et al.*, No. 1:26-cv-00386
**Response to Shuster Letter January 30, 2026 Doc. 28**

Dear Judge Carter,

We are counsel to Plaintiff Ashley St. Clair. We request that the Court deny the proposed redactions and sealing described in the January 30, 2026 letter of Defendants' Counsel Michael Shuster (Doc. 28).

Mr. Shuster says his Rule 6.C.ii request for redactions and sealing is to "protect[] the 'higher values' of Plaintiff's 'personal privacy interests.'" While we want to encourage overall consideration and sensitivity toward our client's privacy, it is not necessary vis-à-vis the specific material discussed in the January 30, 2026 letter, or the filings it addresses (i.e. Supplemental Declarations of Samantha, Birkenfeld-Malpass + Ex. A-D, Supplemental Declaration of Barry Murphy + Ex. A-B, Exhibit A to the January 30, 2026 Declaration of Michael Shuster, and xAI's February 3, 2026 Supplemental Memo of Law.)

I communicated to Mr. Shuster on January 30, 2026, in advance of his letter to the Court, that Plaintiff is comfortable with the above material on the public docket.

It is Plaintiff's position that the sealing and redaction obscure the weaknesses of Defendants' evidence and create unnecessary intrigue in a case that is compelling to the public.

Sincerely yours,

/s/ *Carrie Goldberg*
Carrie Goldberg
Attorney for Plaintiff Ashley St. Clair



C.A. GOLDBERG
PLLC. NEW YORK