USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
       :
  **ASHLEY ST. CLAIR,**        :
       :
          **Petitioner,**    :
       :
        **-against-**      :     **1:26-cv-00386-ALC**
       :
  **X.AI HOLDINGS CORP.,**      :     <u>**ORDER**</u>
       :
         **Respondents.**    :
       :
       :
       :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed at today's telephonic conference, the Court orders additional briefing in this

matter. Specifically, the Court orders additional briefing on the issue of X.AI being able to assert

the forum selection clause in X's terms of service. Defendant should file its brief by **February**

**18, 2026.** Plaintiff shall file its reply if any **by February 23, 2026.**

**SO ORDERED.**

**Dated:  February 13, 2026**

      **New York, New York**                _____

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**