USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/26

**MEMO ENDORSED**

# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

February 25, 2026

**VIA ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>Ashley St. Clair v. X.AI Holdings Corp. et al.</u>, No. 1:26-cv-00386

Dear Judge Carter,

    I write on behalf of Defendants X.AI Holdings Corp., X.AI Corp., and X.AI LLC, (collectively "X.AI") to respectfully request permission to file Exhibit A to the Further Supplemental Declaration of Samantha Birkenfeld-Malpass with redactions. The Court's February 13, 2026 order granted X.AI's request "to redact Plaintiff's . . . IP address." The redactions to Exhibit A referenced above all pertain to Ms. St. Clair's location-related information, such as her IP address.

    Respectfully submitted,

    /s/ *Michael Shuster*
    Michael Shuster

Defendants' request to file Exhibit A under seal and a redacted version on the public docket is GRANTED. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 70.

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 26, 2026
New York, NY