# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

March 3, 2026

**VIA ECF**

Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Ashley St. Clair v. X.AI Holdings Corp. et al.*, No. 1:26-cv-00386

Dear Judge Carter,

    I write on behalf of Defendants X.AI Holdings Corp., X.AI LLC, and X.AI Corp. (collectively "X.AI"), pursuant to Rule I.D of Your Honor's Individual Practices, to respectfully request an extension of time for X.AI to respond to the First Amended Complaint ("FAC") (Dkt. 36).

    X.AI's response to the FAC is currently due March 9, 2026. X.AI respectfully requests that the deadline for responding to the FAC be extended to thirty (30) days after Your Honor decides X.AI's pending Order to Show Cause to Transfer Venue (Dkt. 11). Such an extension would conserve Court and party resources.

    X.AI requested Plaintiff's position on an extension. Plaintiff's counsel responded that "[o]ur position is not to provide another extension. However, if the case gets sent to Texas, we are open to a briefing schedule for both of us to conform our pleadings/arguments."

    X.AI and Plaintiff previously stipulated to an extension of time to respond to the FAC; that stipulation was so ordered. Dkt. 64.

                               Respectfully submitted,

                               /s/ *Michael Shuster*
                               Michael Shuster