UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY ST. CLAIR<br><br>*Plaintiff*,<br><br>v.<br><br>X.AI HOLDINGS CORP., X.AI LLC, and X.AI CORP.,<br><br>*Defendants*. | Case No. 1:26-cv-00386 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Further Supplemental Declaration of Samantha Birkenfeld-Malpass in Support of Defendants' Motion to Transfer Venue was electronically filed on March 3, 2026, and sent via email to Plaintiff's counsel on that same date at carrie@cagoldberglaw.com.

Dated: March 4, 2026
New York, New York

*/s/ Brian T. Goldman*
**HOLWELL SHUSTER & GOLDBERG LLP**
Michael S. Shuster
Daniel M. Sullivan
Gregory J. Dubinsky
Brian T. Goldman
425 Lexington Ave., 14th Floor
New York, New York 10017
Tel: 646.837.5151
mshuster@hsgllp.com
dsullivan@hsgllp.com
gdubinsky@hsgllp.com
bgoldman@hsgllp.com

*Attorneys for Defendants*