MEMO ENDORSED

Case 1:26-cv-00386-ALC   Document 85   Filed 03/05/26   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/5/26

# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

March 3, 2026

**VIA ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Ashley St. Clair v. X.AI Holdings Corp. et al.</u>, No. 1:26-cv-00386

Dear Judge Carter,

    I write on behalf of Defendants X.AI Holdings Corp., X.AI Corp., and X.AI LLC, (collectively "X.AI") to respectfully request permission to file the Further Supplemental Declaration of Samantha Birkenfeld-Malpass with redactions. The Court's February 13, 2026 order granted X.AI's request "to redact Plaintiff's . . . IP address," as did the Court's February 26, 2026 order. *See* Dkts. 60, 75. The redactions to the Declaration referenced above all pertain to Ms. St. Clair's location-related information, such as her IP address.

                           Respectfully submitted,

                               /s/ *Michael Shuster*
                                Michael Shuster

Defendants request to file the further declaration with such redactions is GRANTED. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 78.

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 5, 2026
New York, NY