MEMO ENDORSED

Case 1:26-cv-00386-ALC   Document 86   Filed 03/05/26   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/5/26

# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

March 3, 2026

**VIA ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Ashley St. Clair v. X.AI Holdings Corp. et al.</u>, No. 1:26-cv-00386

Dear Judge Carter,

    I write on behalf of Defendants X.AI Holdings Corp., X.AI LLC, and X.AI Corp. (collectively "X.AI"), to respectfully request leave to file the Further Supplemental Declaration of Samantha Birkenfeld-Malpass, appended hereto. Plaintiff's February 26, 2026 affirmation (Dkt. 76-1) attempts to raise two new factual issues. *First*, Plaintiff claims that the IP addresses contained in X.AI's Exhibit A to the Further Supplemental Declaration of Samantha Birkenfeld-Malpass (Dkt. 71) are "encrypted." Dkt. 76-1, ¶ 11. *Second*, she admits that "[s]ince filing this lawsuit" she "viewed [] the X platform" but only to "study" the X Terms of Service. *Id.* ¶¶ 17, 18. The appended short declaration from Ms. Birkenfeld-Malpass addresses these two factual assertions and should be considered in response.

        Respectfully submitted,

        /s/ *Michael Shuster*
        Michael Shuster

---

Defendants' request to file a further declaration which they appended is GRANTED. The Clerk of Court is respectfully directed to terminate the pending letter motions at ECF Nos. 79 and 80.

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 5, 2026
New York, NY