MEMO ENDORSED

Case 1:26-cv-00386-ALC    Document 88    Filed 03/05/26    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/5/26

646.666.8908 | 16 COURT STREET, 33rd FLOOR | BROOKLYN, NY 11241
CARRIE@CAGOLDBERGLAW.COM | WWW.CAGOLDBERGLAW.COM

March 4, 2026

**VIA ECF**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ashley St. Clair v. X.AI Holdings Corp., et al.*, No. 1:26-cv-00386ALC

Dear Judge Carter:

This firm is counsel for Plaintiff Ashley St. Clair in the above-captioned matter.

We write to respectfully request that the Court also allow Plaintiff to file her own Further Supplemental Declaration after Defendants filed yet another request to file supplemental evidence on their order to show cause to transfer venue. Plaintiff's evidence is vital to correct the record and conclusively rebuts Defendants' assertions.

For all the reasons previously briefed, xAI can not rely on X's Terms of Service to bind Ms. St. Clair to xAI's preferred venue. Nevertheless, xAI remains intent on trying to show that Ms. St. Clair used X after X's new January 15, 2026 TOS went into effect.

Plaintiff wishes to submit an affidavit with her complete browser log. The log was captured on February 25, 2026 – before this dispute about her activity on February 22, 2026 arose. The log shows Ms. St. Clair viewed X's TOS at the exact time (5:47pm EST) as Ms. Birkenfeld-Malpass declared under penalty of perjury that Ms. St. Clair was using X on the same device and IP address. **See Doc. 80-1 para 10.** Attached as Exhibit A is a declaration from Ms. St. Clair and her browser history for the device and IP address in question.

Respectfully,

C.A. GOLDBERG, PLLC

*/s/ Carrie Goldberg*
Carrie Goldberg, Esq.
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
carrie@cagoldberglaw.com
*Attorneys for Plaintiff*

Copy to: All counsel via ECF

Plaintiff's request to file a further declaration which she appended is GRANTED. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 84.

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 5, 2926
New York, NY