**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/12/26

# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

March 5, 2026

**VIA ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Ashley St. Clair v. X.AI Holdings Corp. et al.</u>, No. 1:26-cv-00386

Dear Judge Carter,

      I write on behalf of Defendants X.AI Holdings Corp., X.AI LLC, and X.AI Corp. (collectively "X.AI"). In light of the additional submissions (six in all) since the last conference, Defendants respectfully request the opportunity for the parties to submit short (three-page) simultaneous letters forthwith addressing these additional submissions. In the alternative, Defendants request a further conference with the Court to ensure the parties have an opportunity to address any questions the Court might have concerning the various submissions.

      Respectfully submitted,

      /s/ *Michael Shuster*
      Michael Shuster

---

The parties are ordered to letters not to exceed three pages addressing the additional submissions by **March 24, 2026**.

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 12, 2026