**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ASHLEY ST. CLAIR,

*Plaintiff*,

v.                                                          Case 1:26-cv-00386

X.AI HOLDINGS CORP., ET AL.

*Defendants*.

## PLAINTIFF'S NOTICE OF MOTION
## TO STAY THE PROCEEDINGS PENDING MANDAMUS

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Plaintiff Ashley St. Clair, together with Exhibit annexed thereto; the Memorandum of Law in Support; and upon all the pleadings and proceedings herein, Plaintiff Ashley St. Clair ("Plaintiff"), by and through the undersigned counsel, C.A. Goldberg, PLLC, will move this Court, at a date and time to be determined by the Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynhihan U.S. Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order: (i) staying the action pending the United States Court of Appeals for the Second Circuit's review of Plaintiff's application for a writ of mandamus, and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: June 29, 2026
Brooklyn, New York

Respectfully submitted,

*/s/Carrie Goldberg*
**C.A. GOLDBERG, PLLC**
Carrie A. Goldberg
Naomi E. Leeds
Katie R. McKay
16 Court Street, 33rd Floor
Brooklyn, New York 11241
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com
mckay@cagoldberglaw.com
Tel: 646.666.8908
Fax: 347.599.9998

*Attorneys for Plaintiff Ashley St. Clair*

## CERTIFICATE OF SERVICE

I, Carrie A. Goldberg, an attorney, do hereby certify that on June 29, 2026, I served a copy of the NOTICE OF MOTION, THE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ASHLEY ST. CLAIR'S MOTION TO STAY THE PROCEEDINGS PENDING REVIEW OF ER APPLICATION FOR A WRIT OF MANDAMUS, AND FURTHER PAPERS IN SUPPORT THEREOF via ECF, which sent a copy of this filling to all counsel of record.

*/s/Carrie Goldberg*
Carrie A. Goldberg