UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------

| | |
|---|---|
| ASHLEY ST. CLAIR,<br>　　　　　Plaintiff. | INDEX NO. 1:26-cv-00386 |
|   | AFFIRMATION OF |
| 　-　Against - | ASHLEY ST. CLAIR<br>IN SUPPORT OF STAY |
| X.AI HOLDINGS CORP., ET AL.<br>　　　　　Defendants | OF TRANSFER |

----------------------------------------------------------------------

I affirm this under the penalties of perjury under the law of New York, which may include

a fine or imprisonment, that the foregoing is true, and I understand that this document may be

filed in an action or proceeding in a court of law.

1. My name is Ashley St. Clair.

2. I am over the age of eighteen and reside in New York City, New York.

3. I am the Plaintiff in this matter.

4. I submit this Affirmation in support of a stay of the transfer of this case to Texas, pending

   my petitioning the Second Circuit for a Writ of Mandamus.

5. I am the single mother of two young children

6. I am a student.

7. Transferring to Texas would cause irreparable injury for me due to the costs, expenses,

   and stress of traveling and litigating in a faraway state.

8. I will face irreparable injury if this case is transferred before the decision on the Writ of

   Mandamus because even if I continued my pursuit to get the case returned to New York, I

   have no guarantee the lower court would stay the case in the meanwhile.

9. The fact that I am forced to litigate the retaliatory case brought by x.AI and X in Texas

   does not make it any less burdensome to transfer this far more complex case and serious

1

case there. Attached as **Exhibit A** is a true and correct copy of the First Amended

Complaint filed by X.AI LLC, X.AI HOLDINGS LLC, and X CORP in the Northern

District of Texas.

Date:   June 29, 2026

New York, New York

Ashley St. Clair

Ashley St. Clair

**Signature:** _Ashley St. Clair (Jun 29, 2026 14:21:49 EDT)_

**Email:**   ashleystclair@protonmail.com

# 20260629_stclair aff

Final Audit Report                                                                                                    2026-06-29

| | |
|---|---|
| Created: | 2026-06-29 |
| By: | Naomi Leeds (naomi@cagoldberglaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAyHGalqcNRkwYORLvr1ZwLXC18NxGNDQ2 |

## "20260629_stclair aff" History

📄 Document created by Naomi Leeds (naomi@cagoldberglaw.com)
2026-06-29 - 5:51:01 PM GMT

📧 Document emailed to Ashley St. Clair (ashleystclair@protonmail.com) for signature
2026-06-29 - 5:51:05 PM GMT

📄 Email viewed by Ashley St. Clair (ashleystclair@protonmail.com)
2026-06-29 - 6:20:37 PM GMT

🖊 Document e-signed by Ashley St. Clair (ashleystclair@protonmail.com)
Signature Date: 2026-06-29 - 6:21:49 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

✅ Agreement completed.
2026-06-29 - 6:21:49 PM GMT

![Adobe Acrobat Sign]