**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

ASHLEY ST. CLAIR,                                        :
                                                        :
                                                        :
                                  Plaintiff,             :
                                                        :
                        -against-                        :        **1:26-cv-00386-ALC**
                                                        :
X.AI HOLDINGS CORP.,                                     :        <u>**ORDER**</u>
                                                        :
                                  Defendants.            :
                                                        :
                                                        :
                                                        :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       On June 29, 2026, Plaintiff filed a Motion to Stay this Court's June 23, 2026 Opinion &

Order to Transfer. *See* ECF No. 97. Defendants are hereby **ORDERED** to respond to this

request, indicating their position by **July 1, 2026.**

**SO ORDERED.**

**Dated:  June 30, 2026**

      **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**