1:26-cv-00386-ALC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 08 2026

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-six.

Before:        Eunice C. Lee,
                    *Circuit Judge.*

---

In Re: Ashley St. Clair,
              Petitioner.

---------------------------------------------------------------

Ashley St. Clair,

          Petitioner,

  v.

X.AI Holdings Corp., X.AI Corp., X.AI LLC,

          Respondents.

---

**ORDER**

Docket No. 26-1777

Petitioner moves to stay district court proceedings, including the transfer of the underlying action to the United States District Court for the Northern District of Texas, pending decision on her petition for a writ of mandamus. Respondents oppose the motion.

IT IS HEREBY ORDERED that, to the extent that Petitioner seeks an administrative stay pending review by a three-Judge panel, the motion is GRANTED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/08/2026