**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ASHLEY ST. CLAIR,<br><br>                                      *Plaintiff*,<br><br>            v.<br><br>X.AI HOLDINGS CORP., X.AI LLC,<br>and X.AI CORP.,<br><br>                                      *Defendants*. | Case No. 1:26-cv-00386 |

**STIPULATION STAYING DISCOVERY**

Pursuant to the parties' agreement in this action and *X.AI LLC et al. v. St. Clair*, No. 7:26-cv-00005-O (N.D. Tex), Plaintiff Ashley St. Clair and Defendants X.AI Holdings Corp., X.AI LLC, and X.AI Corp. hereby stipulate to stay discovery through the resolution of any motion to dismiss.

Respectfully submitted,

*/s/ Carrie A. Goldberg*
Carrie A. Goldberg
**C.A. GOLDBERG, PLLC**
Carrie A. Goldberg
Katherine McKay
Laura Hecht-Felella
Naomi E. Leeds
16 Court Street, 33rd Fl.
Brooklyn, New York 11241
646-666-8908 (phone)

ATTORNEYS FOR PLAINTIFF

*/s/ Michael S. Shuster*
Michael S. Shuster
**HOLWELL SHUSTER & GOLDBERG LLP**
Michael S. Shuster
Daniel M. Sullivan
Gregory J. Dubinsky
Brian T. Goldman
425 Lexington Ave., 14th Floor
New York, New York 10017
Tel: 646.837.5151
mshuster@hsgllp.com
dsullivan@hsgllp.com
gdubinsky@hsgllp.com
bgoldman@hsgllp.com

ATTORNEYS FOR DEFENDANTS